1  Matthew D. Mellen (Bar No. 233350)
   Jessica Galletta (Bar No. 281179)
2  MELLEN LAW FIRM
   One Embarcadero Center, Fifth Floor
3  San Francisco, CA 94111
   Telephone:   (415) 315-1653
4  Facsimile:      (415)276-1902

5  Attorneys for Plaintiffs,
   ENAYATOLLAH NADAF-RAHROV
6  FOROUGH NADAF-RAHROV

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 ENAYATOLLAH NADAF-RAHROV, an          Case No. 3:16-cv-06323-RS
   individual; and FOROUGH NADAF-
11 RAHROV, an individual,                **STIPULATION TO CONTINUE
                                         HEARING DATE AND BRIEFING
12            Plaintiffs,                SCHEDULES ON DEFENDANTS'
                                         MOTION TO DISMISS; [PROPOSED]
13        v.                            ORDER**

14 SHELLPOINT MORTGAGE SERVICING, a
   business entity; BANK OF NEW YORK
15 MELLON, a national association; and Does 1
   through 100, inclusive;
16
              Defendants.
17                                      Complaint Filed: November 1, 2016

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING
AND BRIEFING SCHEDULE                    -1-

1     **TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

2     Plaintiffs Enayatollah Nadaf-Rahrov and Forough Nadaf-Rahrov (collectively "Plaintiffs")

3     and Defendants Shellpoint Mortgage Servicing and Bank of New York Mellon. ("Defendants")

4     by and through their counsel of record, hereby respectfully submit this stipulated request to

5     continue the currently scheduled hearing date and briefing schedule associated with Defendants'

6     Motion to Dismiss, currently scheduled for March 16, 2017.

7     On November 1, 2016, Plaintiffs filed this action.  ECF No. 1.  Simultaneously with this

8     filing, Plaintiffs filed an *ex parte* application for a temporary restraining order restraining the

9     foreclosure sale of the relevant property.  ECF No. 4.

10     On January 30, 2017, Defendants filed a Motion to Dismiss Plaintiffs' Complaint. The

11     following briefing schedule is associated with the Motion to Dismiss:

12     - February 13, 2017 - Plaintiffs' deadline to submit their responses to Defendants'

13     motion; and

14     - February 21, 2017 - Defendants' deadline to submit their reply brief in support of

15     their motion.

16     Defendants' Motion to Dismiss is scheduled for hearing on March 16, 2017. ECF. 30.

17     The Mellen Law Firm has just learned that Plaintiffs seek to substitute in new

18     representation for this action.  Thus, given the foregoing, and in order to allow Plaintiffs the time

19     necessary to obtain and substitute in new counsel, the Parties' counsel stipulate and agree to a

20     continue the hearing and briefing schedule associated with Defendants' Motion to Dismiss as set

21     forth below:

22     - March 15, 2017 - Plaintiffs' deadline to submit their responses to Defendants'

23     motion;

24     - March 22, 2017 - Defendants' deadline to submit their reply brief in support of

25     their motion; and

26     - April 20, 2017 at 1:30 pm. – hearing on Defendants' Motion to Dismiss.

27     This stipulation is not being made for the purpose of delay or any other improper reason.

28

STIPULATION TO CONTINUE HEARINGS
AND BRIEFING SCHEDULE                    -2-

1    Plaintiffs and Defendants so stipulate.

2    DATED:  February 9, 2017                    WRIGHT FINLAY & ZAK

3

4                                                By: /s/ Ronald Arlas
                                                 RONALD ARLAS
                                                 Attorneys for Defendants
5                                                SHELLPOINT MORTGAGE
                                                 SERVICING and BANK OF NEW YORK
6                                                MELLON

7

8

9    DATED:  February 9, 2017                    MELLEN LAW FIRM

10

11                                               By: /s/ Jessica Galletta
                                                 MATTHEW D. MELLEN
12                                               JESSICA GALLETTA
                                                 Attorneys for Plaintiffs
                                                 ENAYATOLLAH NADAF-RAHROV and
13                                               FOROUGH NADAF-RAHROV

14

15

16                          ATTESTATION OF SIGNATURE:

17        I attest under penalty of perjury under the laws of the United States of America that I have

     received the concurrence in the filing of this document from the listed signatories as
18
     required by Local Rule 5.1(i)(3).
19
      Dated: February 9, 2017
20

21                                               /s/ Jessica Galletta
                                                 JESSICA GALLETTA
22

23

24

25

26

27

28

1

## <u>ORDER</u>

2

3    The Court, having reviewed the Parties' stipulation and finding good cause to issue an

4  Order thereon, hereby grants the Parties stipulation and orders the following briefing schedule

5  with regard to Defendants' Motion to Dismiss:

6
   - March 15, 2017 - Plaintiffs' deadline to submit their responses to Defendants'
7
     motion;
8
   - March 22, 2017 - Defendants' deadline to submit their reply brief in support of
9
     their motion; and
10
   - April 20, 2017 at 1:30 pm. – hearing on Defendants' Motion to Dismiss.

11  **IT IS SO ORDERED**

12

13

14  DATED: _2/10/17_____          _____
15                                   HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28