UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENAYATOLLAH NADAF-RAHROV, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHELLPOINT MORTGAGE SERVICING, et al., <br><br> Defendants. | Case No. 16-cv-06323-RS <br><br> **ORDER RE MOTIONS TO DISMISS** |

Pursuant to Civil Local Rule 7-1(b), defendants' motion to dismiss (Dkt. No. 27) and plaintiff's motion (Dkt. No. 34) are both suitable for disposition without oral argument, and the hearings set for April 20, 2017 and April 6, 2017, respectively, are vacated. Plaintiffs' motion is unopposed and good cause appears to grant it.[1] Defendants' motion is thereby moot, and is denied on that basis. The matter is dismissed. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 29, 2017

RICHARD SEEBORG
United States District Judge

---

[1] It is unclear, however, why plaintiffs' did not voluntarily dismiss *prior* to putting defendants to the burden of moving to dismiss.